UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>APPROXIMATELY $53,965.00 U.S. CURRENCY and a 2003 FORD MUSTANG COBRA, WASHINGTON LICENSE PLATE 309ZWW, VIN: 1FAFP48Y73F332371,<br><br>    Defendants. | NO. 2:16-CV-00235-JLQ<br><br>ORDER RE: MOTION TO REMAND PRISONER TO BUREAU OF PRISONS<br><br>***USM ACTION REQUIRED*** |

BEFORE THE COURT is the Claimant Rodney Allen Fisher, Jr.'s Motion to Remand Prisoner to Bureau of Prisons (ECF No. 35). The Motion requests the court order the Claimant be remanded to the custody of the Bureau of Prisons because all of his claims in this matter have been resolved. (ECF No. 35 at 1). The Claimant has been held within this district pursuant to the court's Order. *See* (ECF No. 22). As Claimant's claims have been resolved, the court finds good cause to grant the Motion.

**IT IS HEREBY ORDERED**:

1. The Motion to Remand Prisoner to Bureau of Prisons (ECF No. 35) is **GRANTED**.
2. The U.S. Marshal shall remand Rodney Allen Fisher, Jr., into the custody of the Bureau of Prisons **forthwith** pursuant to the judgment of Judge Suko in the Eastern District of Washington case No. 2:14-CR-00075-4-LRS.

ORDER - 1

1 | **IT IS SO ORDERED**. The Clerk is hereby directed to enter this Order and furnish
2 | copies to counsel, to the U.S. Marshal, and to Judge Suko.
3 | Dated August 14, 2015.

s/ Justin L. Quackenbush<br>
JUSTIN L. QUACKENBUSH<br>
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2