# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $53,965.00 U.S. CURRENCY and a 2003 FORD MUSTANG COBRA, WASHINGTON LICENSE PLATE 309ZWW, VIN: 1FAFP48Y73F332371,<br><br>　　　　Defendants. | NO. 2:16-CV-00235-JLQ<br><br>ORDER RE: MOTION FOR ENTRY OF FINAL ORDER OF FORFEITURE |

BEFORE THE COURT is the Government's Motion for Entry of Final Order of Forfeiture (ECF No. 49). On August 11, 2017, the Government filed a Settlement Agreement (ECF No. 36) which resolved Rodney Allen Fisher, Jr.'s claims to the Defendant property. On September 11, 2017, the Government obtained a Clerk's Order of Default against Ray James Noel and Michael Schroder. (ECF No. 47); (ECF No. 48). Local Rule 55.1 states "obtaining a default judgment in federal court is a two-step process: (1) entry of default and (2) entry of default judgment. A party must first file a motion for entry of default, obtain a Clerk's Order of Default, and then file a separate motion for default judgment." The Government has not filed a Motion for Entry of Default Judgment against Noel or Schroder. Accordingly, entry of a final order of forfeiture is premature and the Motion is Denied.

ORDER - 1

**IT IS HEREBY ORDERED**:

1. The Government's Motion for Entry of Final Order of Forfeiture (ECF No. 49) is **DENIED WITHOUT PREJUDICE**.
2. The Government may renew its Motion after moving for and obtaining default judgment against Ray James Noel and Michael Schroder.

**IT IS SO ORDERED**. The Clerk is hereby directed to enter this Order and furnish copies to counsel.

Dated September 13, 2017.

<u>s/ Justin L. Quackenbush</u>
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2