UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>APPROXIMATELY $53,965.00 U.S. CURRENCY and a 2003 FORD MUSTANG COBRA, WASHINGTON LICENSE PLATE 309ZWW, VIN: 1FAFP48Y73F332371,<br><br>      Defendants. | NO. 2:16-CV-00235-JLQ<br><br>ORDER DIRECTING ENTRY OF DEFAULT JUDGMENT |

BEFORE THE COURT is the Government's Motion for Entry of Default Judgment (ECF No. 51) regarding Ray James Noel and Michael Schroder. On September 8, 2017, the court directed the Clerk to enter Orders of Default against Noel and Schroder based on their failure to appear or make a claim of interest in the Defendant property. (ECF No. 46). Orders of Default were entered on September 11, 2017. (ECF No. 47); (ECF No. 48). Since that time, Noel and Schroder have not appeared and the time for filing a claim has expired. The Government has sent all relevant pleadings to the last known addresses of Noel and Schroder. *See* (ECF No. 52 at ¶¶ 5-6, 8-9, 11). Accordingly, the Government's Motion is Granted.

**IT IS HEREBY ORDERED**:

1.     The Motion for Entry of Default Judgment (ECF No. 51) is **GRANTED**.

ORDER - 1

2.     The Clerk is directed to enter Default Judgment pursuant to Fed.R.Civ.P. 55 and Local Rule 55.1 against any interest or claim of Ray James Noel and Michael Schroder in the Defendant property.

**IT IS SO ORDERED**. The Clerk is hereby directed to enter this Order and furnish copies to counsel.

Dated November 14, 2017

.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2