# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| United States of America<br>*Plaintiff*<br>v.<br>Approximately $53,965.00 U.S. Currency and a 2003 Ford Mustang Cobra, Washington License Plate 309ZWW, VIN: 1FAFP48Y73F332371<br>*Defendant* | Civil Action No. 2:16-cv-00235-JLQ |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ the plaintiff **United States of America** recover any interest or claim of Ray James Noel and Michael Schroder in the Defendant property, pursuant to Fed.R.Civ.P. 55 and Local Rule 55.1.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: Motion for Entry of Default Judgment, ECF No. 51, GRANTED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Justin L. Quackenbush on a Motion for Entry of Default Judgment, ECF 51, GRANTED.

Date: 11/14/17

*CLERK OF COURT*

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler